UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MIC GENERAL INSURANCE CORPORATION,

                                  Plaintiff,

           -against-

WILFRIDO CABRERA, et al.,

                                  Defendants.

-----------------------------------------------------------------X

20-CV-04855 (PAE)(SN)

**SETTLEMENT
CONFRERENCE ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/23/2020

**SARAH NETBURN, United States Magistrate Judge**:

      A settlement conference is scheduled for Wednesday, January 27, 2021, at 10:00 a.m. and will be held telephonically. The Court will provide dial-in information by email before the conference.

      The parties are directed to review and comply with the Procedures for Cases Referred for Settlement to Magistrate Judge Sarah Netburn, a copy of which is available on the Court's website at https://nysd.uscourts.gov/hon-sarah-netburn. The parties are strongly encouraged to engage in good-faith settlement negotiations before the settlement conference and preferably before the submission to the Court of the *Ex Parte* Settlement Letters and Acknowledgment Forms, which are to be submitted by Wednesday, January 20, 2021. Should the parties resolve the litigation before the conference date, they must notify the Court in writing immediately.

**SO ORDERED.**

                                             _____
                                             SARAH NETBURN
                                             United States Magistrate Judge

DATED:      November 23, 2020
                  New York, New York