UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MIC GENERAL INSURANCE CORPORATION,

                                  Plaintiff,

          -v-

WILFRIDO CABRERA and LUIS CRUZ,

                                 Defendants.

20 Civ. 4855 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

       A case management conference is scheduled for April 20, 2021 at 2 p.m. Dkt. 41. Due to the current public health situation, that conference will be a telephonic conference. The parties should call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 468-4906, followed by the pound (#) key. **Counsel are directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19**, found at https://nysd.uscourts.gov/hon-paul-engelmayer, for the Court's procedures for telephonic conferences and for instructions for communicating with chambers.

       SO ORDERED.

                                                                        *Paul A. Engelmayer*
                                                          PAUL A. ENGELMAYER
                                                          United States District Judge

Dated: April 19, 2021
            New York, New York