UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MIC GENERAL INSURANCE CORPORATION,

                              Plaintiff,

          -v-

WILFRIDO CABRERA and LUIS CRUZ,

                              Defendants.

20 Civ. 4855 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

At today's conference, the Court set the following schedule for the briefing of plaintiff's anticipated motion for summary judgment:

- Plaintiff's motion for summary judgment is due May 11, 2021;
- Defendants' oppositions are due June 4, 2021; and
- Plaintiff's reply is due June 15, 2021.

SO ORDERED.

                                                               *Paul A. Engelmayer*
                                                           PAUL A. ENGELMAYER
                                                           United States District Judge

Dated: April 20, 2021
        New York, New York