UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MIC GENERAL INSURANCE CORPORATION,

                    Plaintiff,                    20 **CIVIL** 4855 (PAE)

      -against-                    **JUDGMENT**

WILFRIDO CABRERA and LUIS CRUZ,

                    Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated December 10, 2021, the Court grants in full MIC General's motion for summary judgment. The Court issues a declaratory judgment in favor of MIC General, to the effect that its Policy does not cover Cabrera in the Underlying Action brought by Cruz, and that MIC General is entitled to cease providing a defense to Cabrera in that action; accordingly, this case is closed.

**Dated:**  New York, New York
          December 13, 2021

                                                      RUBY J. KRAJICK
                                                   _____
                                                   Clerk of Court
                                  **BY:**
                                                     Deputy Clerk